UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JASON MAX AKIN, #21416-075 PLAINTIFF

V. CIVIL ACTION NO. 3:25-CV-742-DPJ-ASH

WARDEN, YAZOO CITY LOW FCI DEFENDANT

ORDER

Petitioner Jason Max Akin, proceeding pro se, filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [7]. He challenges the Bureau of Prisons' (BOP) calculation of sentencing credits under the First Step Act (FSA) and Second Chance Act (SCA). *Id.* at 1–2.

On October 2, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [19]. Judge Harris recommends that the Court dismiss the petition without prejudice. R&R [19] at 1. As Judge Harris explained, Akin did not appeal the calculation of his credits to the General Counsel of BOP, and thus Akin failed to properly exhaust his administrative remedies. *See id.* at 3–4; *Castano v. Everhart*, 235 F. App'x 206, 207 (5th Cir. 2007); 28 C.F.R. §§ 542.10, 542.15(a). Additionally, Akin failed to show he should be excused from the exhaustion requirements. R&R [19] at 4; *Overshown v. Upton*, 466 F. App'x 361, 361 (5th Cir. 2012). No objection has been filed, and the time to do so has passed. *See* R&R [19] at 5 (advising Akin that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

Additionally, the fact that the copy of the Report and Recommendation mailed to Akin was returned as undeliverable, Mail Ret. [20], does not change the Court's decision. Akin was warned at the outset that "failure to advise this Court of a change of address . . . will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case." Notice [1-2]; *see Birchfield v. FCI Yazoo City Low I*, No. 3:23-CV-3136-DPJ-ASH, 2024 WL 3641746, at *1 (S.D. Miss. Aug. 2, 2024) (adopting R&R and dismissing case even though R&R returned as undeliverable).

IT IS, THEREFORE, ORDERED that the Report and Recommendation [19] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Akin's petition is dismissed without prejudice. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 27th day of October, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE